KANEKA CORPORATION, Appellant

v.

SKC KOLON PI, INC., Appellee.

No. 2015–1223.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2015.

Pattric Rawlins, Procopio, Cory, Hargreaves & Savitch LLP, San Diego, CA, argued for appellant. Also represented by Anthony J. Dain, Frederick K. Taylor, Li Zhang.

Mark D. Sweet, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellee. Also represented by Anthony A. Hartmann.

PROST, Chief Judge, NEWMAN, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**